UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Theresa Slama, by her parents and natural guardians David and Jeanne Slama; David Slama and Jeanne Slama,

Plaintiffs,

vs. NOTICE OF HEARING

Independent School District No. 2580,

Defendant. Civ. No. 02-824 (PAM/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 14th day of August, 2002.

* * *

Pursuant to Title 28 U.S.C. §636(b)(1)(B), the cross-motions for Judgment on the Administrative Record is set for Hearing before the undersigned on **Thursday, September 19, 2002, at 1:30 p.m.**, in Court Room 3, United States Courthouse, Duluth, Minnesota.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

FILED AUG 14 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK